**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ann Krueger-Ruff<br>　　　　Duane F. Ruff<br><br>　　　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 21-10287 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1 and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　/s/ Rebecca Solarz
　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　23 Feb 2021, 15:24:43, EST

　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　(215) 627-1322