**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | |
|---|---|
| IN RE:<br>ANN KRUEGER-RUFF and DUANE F. RUFF<br><br>U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-SL1,<br>      Movant<br><br>vs.<br><br>ANN KRUEGER-RUFF and DUANE F. RUFF,<br>      Debtor | Case No. 21-10287-pmm<br>Chapter 13<br><br><br><br><br><br><br><br>11 U.S.C. §362 |

**OBJECTION TO CONFIRMATION
OF DEBTORS' CHAPTER 13 PLAN**

U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-SL1 ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtors' Chapter 13 Plan* (Doc 13), and states as follows:

1.    The Debtors filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on February 5, 2021.

2.    Movant holds a security interest in the Debtor(s)' real property located at 16 Dare Ln, Emmaus, PA 19465 (the "Property"), by virtue of a Mortgage.

3.    The Debtors filed a Chapter 13 Plan (the "Plan") on February 14, 2021 (Doc 13), to which Movant files this objection.

4.    Movant is in the process of drafting a total debt Proof of Claim.

5.    The Plan proposes to continue to pay Movant directly. However, it should be noted

that the loan matures in September 2021. The Debtor's Plan needs to be amended to list the full total debt arrears plus pay all the taxes and insurance.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/ Andrew Spivack*
Andrew Spivack
(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x3017
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE:<br>ANN KRUEGER-RUFF and DUANE F. RUFF | Case No. 21-10287-pmm<br>Chapter 13 |
| U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-SL1,<br>    Movant | |
| vs. | |
| ANN KRUEGER-RUFF and DUANE F. RUFF,<br>    Debtor | 11 U.S.C. §362 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection To Confirmation Of Debtors' Chapter 13 Plan has been electronically served or mailed, postage prepaid on <u>March 2, 2021</u> to the following:

ANN KRUEGER-RUFF
5776 KEITH LN
EMMAUS, PA 18049-5047

DUANE F. RUFF
5776 KEITH LN
EMMAUS, PA 18049-5047

Law Office of Kevin K. Kercher, Esq, PC
881 Third Street
Suite C-2
Whitehall, PA 18052
kevinkk@kercherlaw.com


Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

U.S. Trustee
United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                                              */s/ Andrew Spivack*
                                              Andrew Spivack
                                              (Bar No. 84439)
                                              Attorney for Creditor
                                              BROCK & SCOTT, PLLC
                                              302 Fellowship Road, Suite 130
                                              Mount Laurel, NJ 08054
                                              Telephone:  844-856-6646 x3017
                                              Facsimile:  704-369-0760
                                              E-Mail:  PABKR@brockandscott.com