IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| ANN KRUEGER-RUFF & | : CASE NO. 21-10287-pmm |
| DUANE F. RUFF, | : |
|         DEBTORS, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : JUNE 17, 2021 @ 10:00 a.m. |
| | : |
|         MOVANT, | : |
| | : |
| V. | : |
| | : |
| ANN KRUEGER-RUFF & | : |
| DUANE F. RUFF, | : |
|         RESPONDENTS, | : RELATED TO DOCKET NO. 31 |

<u>CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S AMENDED OBJECTION TO DEBTORS' PROPOSED
CHAPTER 13 PLAN</u>

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Amended Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses, on June 8, 2021 by:

**21-10287-pmm Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

KEVIN K. KERCHER on behalf of Debtor Ann Krueger-Ruff
kevinkk@kercherlaw.com, kevin@kercherlaw.com

KEVIN K. KERCHER on behalf of Joint Debtor Duane F. Ruff
kevinkk@kercherlaw.com, kevin@kercherlaw.com

JILL MANUEL-COUGHLIN on behalf of Creditor BANK OF AMERICA, N.A.
bankruptcy@powerskirn.com

REBECCA ANN SOLARZ on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1
bkgroup@kmllawgroup.com

ANDREW L. SPIVACK on behalf of Creditor U.S. Bank National Association, As Trustee Et Al
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

**21-10287-pmm Notice will not be electronically mailed to:**

Date Executed: June 8, 2021                                         Respectfully submitted,

/s/ Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459