# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Ann Krueger-Ruff<br>Duane F. Ruff<br>　　　　　　Debtor(s) | | Chapter 13 Proceeding<br><br>Case #: 21-10287-PMM |
| Bank of America<br>　　　　　　Movant | | |
| 　vs.<br>Ann Krueger-Ruff<br>Duane F. Ruff<br>and<br>Scott F. Waterman<br>　　　　　　Respondents | | |

## PRAECIPE TO WITHDRAW
## Objection to Confirmation of Plan

Bank of America respectfully withdraws its Objection to Confirmation of Plan, which was filed on April 6, 2021, at docket 23.

　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　  /s/Sarah K. McCaffery
　　　　　　　　　　　　　　　　　　　　　　POWERS KIRN, LLC
　　　　　　　　　　　　　　　　　　　　　　Jill Manuel-Coughlin, Esquire; Atty ID # 63252
　　　　　　　　　　　　　　　　　　　　　　Harry B. Reese, Esquire; Atty ID #310501
　　　　　　　　　　　　　　　　　　　　　　Sarah K. McCaffery, Esquire; Atty ID #311728
　　　　　　　　　　　　　　　　　　　　　　8 Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　　　　　　　215-942-2090 phone; 215-942-8661 fax
　　　　　　　　　　　　　　　　　　　　　　bankruptcy@powerskirn.com
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　Dated: June 11, 2021

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Ann Krueger-Ruff<br>Duane F. Ruff<br>　　　　　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>21-10287-PMM |
| Bank of America<br>　　　　　　　　　　Movant<br>　　vs.<br>Ann Krueger-Ruff<br>Duane F. Ruff<br>and<br>Scott F. Waterman<br>　　　　　　　　　　Respondents | |

### CERTIFICATION OF SERVICE

I certify that a copy of Bank of America's Praecipe to Withdraw the Objection to Confirmation of Plan was served upon the following parties via First Class Mail and/or CM/ECF electronic filing on June 11, 2021:

*Parties Served via Electronic Notification:*

Kevin K. Kercher, Esquire
Law Office of Kevin K. Kercher, Esq, PC
881 Third Street
Suite C-2
Whitehall, PA 18052
(VIA ECF)

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(VIA ECF)

*Parties Serviced via First Class Mail:*

Ann Krueger-Ruff
Duane F. Ruff
5776 Keith Lane
Emmaus, PA  18049-5047

　　　　　　　　　　　　　　　　　　　　　　 /s/ Sarah K. McCaffery
　　　　　　　　　　　　　　　　　　　　　POWERS KIRN, LLC
　　　　　　　　　　　　　　　　　　　　　Jill Manuel-Coughlin, Esquire; Atty ID # 63252
　　　　　　　　　　　　　　　　　　　　　Harry B. Reese, Esquire; Atty ID #310501
　　　　　　　　　　　　　　　　　　　　　Sarah K. McCaffery, Esquire; Atty ID #311728
　　　　　　　　　　　　　　　　　　　　　8 Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　　　　　　215-942-2090 phone; 215-942-8661 fax
　　　　　　　　　　　　　　　　　　　　　bankruptcy@powerskirn.com
　　　　　　　　　　　　　　　　　　　　　Attorney for Movant