IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER NO.  13 |
| | : | |
| ANN KRUGER-RUFF & | : | CASE NO. 21-10287-PMM |
| DUANE F. RUFF, | : | |
| DEBTORS, | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT | : | HEARING DATE AND TIME |
| OF REVENUE, | : | JUNE 17, 2021 @ 10:00 A.M. |
| | : | |
| MOVANT, | : | |
| | : | |
| V. | : | |
| | : | |
| ANN KRUGER-RUFF & | : | |
| DUANE F. RUFF, | : | |
| RESPONDENTS, | : | RELATED TO DOCKET NO. 34 |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTORS' PROPOSED
CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above

captioned pleading Withdrawal of the Pennsylvania Department of Revenue's Objection to

Debtors' Chapter 13 Plan, on the parties at the below addresses, on June 15, 2021 by:


**21-10287-PMM Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

KEVIN K. KERCHER on behalf of Debtor Ann Krueger-Ruff
kevinkk@kercherlaw.com, kevin@kercherlaw.com

KEVIN K. KERCHER on behalf of Joint Debtor Duane F. Ruff
kevinkk@kercherlaw.com, kevin@kercherlaw.com

JILL MANUEL-COUGHLIN on behalf of Creditor BANK OF AMERICA, N.A.
bankruptcy@powerskirn.com

1

SARAH K. MCCAFFERY on behalf of Creditor BANK OF AMERICA, N.A.
bankruptcy@powerskirn.com

REBECCA ANN SOLARZ on behalf of Creditor Deutsche Bank National Trust Company, as
Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-
HSBC1
bkgroup@kmllawgroup.com

ANDREW L. SPIVACK on behalf of Creditor U.S. Bank National Association, As Trustee Et Al
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

**21-10287-PMM Notice will not be electronically mailed to:**

Date Executed: June 15, 2021                          Respectfully submitted,


                                                      /s/ Jonathan W. Chatham
                                                      Jonathan W. Chatham
                                                      Deputy Chief Counsel
                                                      PA Department of Revenue
                                                      Office of Chief Counsel
                                                      P.O. Box 281061
                                                      Harrisburg, PA 17128-1061
                                                      PA I.D. # 209683
                                                      Phone: 717-783-3673
                                                      Facsimile: 717-772-1459