**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ANN KRUEGER-RUFF and | : | CHAPTER 13 |
| DUANE F. RUFF, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 21-10287 pmm |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

  I, Kevin K. Kercher, Esquire, Attorney for Debtors, Ann Krueger-Ruff and Duane Ruff, certify that I forwarded a true and correct copy of the Debtors' Second Amended Plan, by first-class mail and/or electronic means where possible, on June 16, 2021 to the following parties:

Berkheimer, Agent for East
Penn, Upper Milford
c/o David R. Gordon, Esq.
1883 Jory Road
Pen Argyl, PA 18072

            **LAW OFFICES OF**
            **KEVIN K. KERCHER, ESQUIRE**

        BY: /s/ Kevin K. Kercher
           Kevin K. Kercher, Esquire
           881 Third Street, Suite #C-2
           Whitehall, PA 18052
           (610) 264-4120 phone
           (610) 264-2990 fax
           **Attorney for Debtors**