| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2020 to 06/09/2021

**Chapter 13 Case No. 21-10287-PMM**

Ann Krueger-Ruff
Duane F. Ruff
5776 Keith Lane
Emmaus  PA   18049-5047

Petition Filed Date: 02/05/2021
341 Hearing Date: 03/16/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/01/2021 | $250.00 | | 03/26/2021 | $250.00 | | 04/23/2021 | $250.00 | |
| 06/07/2021 | $600.00 | | | | | | | |

**Total Receipts for the Period:  $1,350.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BERKHEIMER TAX ADMINISTRATOR<br>»» 015 | Priority Crediors | $159.00 | $0.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 016 | Unsecured Creditors | $1,697.67 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $644.00 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $5,319.39 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $86.19 | $0.00 | $0.00 |
| 6 | ALLIANT CREDIT UNION<br>»» 018 | Unsecured Creditors | $1,359.76 | $0.00 | $0.00 |
| 7 | CAVALRY SPV I LLC<br>»» 019 | Unsecured Creditors | $1,518.59 | $0.00 | $0.00 |
| 8 | BANK OF AMERICA  N.A.<br>»» 020 | Mortgage Arrears | $4,213.03 | $0.00 | $0.00 |
| 9 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,067.11 | $0.00 | $0.00 |
| 10 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $1,591.06 | $0.00 | $0.00 |
| 11 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $7,393.03 | $0.00 | $0.00 |
| 12 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Mortgage Arrears | $15,453.09 | $0.00 | $0.00 |
| 13 | US DEPT OF EDUCATION<br>»» 004 | Unsecured Creditors | $109,044.19 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $6,624.09 | $0.00 | $0.00 |
| 15 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 007 | Unsecured Creditors | $3,737.14 | $0.00 | $0.00 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $90.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | US BANK NA<br>»» 009 | Unsecured Creditors | $7,101.12 | $0.00 | $0.00 |
| 18 | US BANK NA<br>»» 010 | Unsecured Creditors | $1,962.42 | $0.00 | $0.00 |
| 19 | CHASE BANK USA NA<br>»» 011 | Unsecured Creditors | $11,356.78 | $0.00 | $0.00 |
| 20 | BRICKHOUSE OPCO I LLC<br>»» 012 | Unsecured Creditors | $368.35 | $0.00 | $0.00 |
| 21 | PNC BANK<br>»» 013 | Unsecured Creditors | $5,694.46 | $0.00 | $0.00 |
| 22 | PHH MORTGAGE CORPORATION<br>»» 014 | Mortgage Arrears | $387.64 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,350.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $112.50 | Total Plan Base: | $34,950.00 |
| Funds on Hand: | $1,237.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.