# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE:<br>ANN KRUEGER-RUFF and DUANE F. RUFF<br><br>U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-SL1,<br>      Movant<br><br>vs.<br><br>ANN KRUEGER-RUFF and DUANE F. RUFF,<br>      Debtors, | Case No. 21-10287-pmm<br>Chapter 13 |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN

U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-SL1 ("Movant"), by and through its legal counsel, hereby withdraws its OBJECTION TO CONFIRMATION OF PLAN filed on March 2, 2021, Doc # 21.

This 24th day of June, 2021.

*/s/ Andrew Spivack*
Andrew Spivack (Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x3017
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE:<br>ANN KRUEGER-RUFF and DUANE F. RUFF | Case No. 21-10287-pmm<br>Chapter 13 |
| U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-SL1,<br>     Movant<br><br>vs.<br><br>ANN KRUEGER-RUFF and DUANE F. RUFF,<br>     Debtors, | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection to Confirmation of Plan has been electronically served or mailed, postage prepaid on June 24, 2021 to the following:

ANN KRUEGER-RUFF
5776 KEITH LN
EMMAUS, PA 18049-5047

DUANE F. RUFF
5776 KEITH LN
EMMAUS, PA 18049-5047

Kevin K. Kercher, Attorney for Debtor
881 Third Street, Suite C-2
Whitehall, PA 18052

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

/s/ Andrew Spivack
Andrew Spivack (Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x3017
Facsimile: 704-369-0760
E-Mail: PABKR@brockandscott.com