United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10287-pmm |
| Ann Krueger-Ruff | Chapter 13 |
| Duane F. Ruff | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 22, 2021 | Form ID: 155 | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ann Krueger-Ruff, Duane F. Ruff, 5776 Keith Lane, Emmaus, PA 18049-5047 |
| 14581202 | | Anesthesia Specialist PC, PO Box 500, Souderton, PA 18964-0500 |
| 14582514 | + | BANK OF AMERICA, N.A., c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053 Telephone 19053-6980 |
| 14581203 | | Banc of America Merchant Services, PO Box 15095, Wilmington, DE 19850-5095 |
| 14581204 | | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14600033 | | Bank of America, NA, PO Box 31785, Tampa FL, 33631-3785 |
| 14581205 | | Berkheimer Tax Administrator, P.O. Box 25144, Lehigh Valley, PA 18002-5144 |
| 14593341 | + | Berkheimer, Agent for Upper Milford twp/East Penn, Berkheimer, Agt for Upper Milford twp/Ea, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14589176 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 14581210 | | Cardionet LLC, PO Box 508, Downingtown, PA 19335-0508 |
| 14599076 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083 |
| 14583604 | | ConServe, PO Box 3023, Niagara Falls, NY 14304-7323 |
| 14584159 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14585664 | + | Deutsche Bank National Trust Company, as Trustee f, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14581215 | + | Discover Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 14581219 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, FSB Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 14583605 | + | Fifth Third Bank, 5050 Kingsley Dr., Cincinnati, OH 45227-1115 |
| 14581217 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14581218 | | Flagship Credit Acceptance, PO Box 975658, Dallas, TX 75397-5658 |
| 14588572 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14581224 | + | Lehigh Valley Health Network, 1200 South Cedar Crest Blvd., Allentown, PA 18103-6202 |
| 14581226 | | Ltd Financial Services, L.P., 3200 Wilcrest Dr Ste 600, Houston, TX 77042-6000 |
| 14581228 | | National Enterprise System, 2479 Edison Blvd Unit A, Twinsburg, OH 44087-2476 |
| 14581229 | | Northeastern Anasthesia Physicians PC, 24 S 18th St, Allentown, PA 18104-5622 |
| 14590854 | | PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14584675 | + | PHH Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14584676 | + | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14581232 | | PHH Mortgage Services, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 14581231 | | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |
| 14581234 | | Progressive Physicians Assoc., Inc., P.O. Box 4338, Columbus, GA 31914-0338 |
| 14583606 | | Rushmore service center, PO Box 5507, Sioux Falls, SD 57117-5507 |
| 14581237 | + | ST. Luke's Hospital, 801 Ostrum St., Bethlehem, PA 18015-1065 |
| 14581236 | | Specialized Loan Servicing, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 14581238 | + | St. Luke's University Health Network, 801 Ostrum St., Bethlehem, PA 18015-1000 |
| 14583607 | | Swift Finical LLC, 3505 Silverside Rd, Wilmington, DE 19810-4905 |
| 14584776 | + | U.S. Bank National Association, c/o Andrew Spivack, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14581200 | Email/Text: bankruptcy@alliantcreditunion.com | Jul 22 2021 23:08:00 | Alliant Credit Union, 11545 W Touhy Ave, Chicago, IL 60666-5000 |
| 14581201 | Email/Text: bnc@alltran.com | Jul 22 2021 23:08:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 14581208 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 22 2021 23:23:58 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14581209 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 22 2021 23:23:58 | Capital One Bank (USA), N.A., 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14581207 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 22 2021 23:23:58 | Capital One, P.O. Box 30253 Boscov's, Salt Lake City, UT 84130-0253 |
| 14581206 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 22 2021 23:23:58 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14581211 | + Email/Text: bankruptcy@cavps.com | Jul 22 2021 23:08:00 | Cavalry Portfolio Service, Llc, 500 Summit Lake Drive, Suite #400, Wells Fargo, Valhalla, NY 10595-2321 |
| 14582008 | + Email/Text: bankruptcy@cavps.com | Jul 22 2021 23:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14581212 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2021 23:24:04 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14583603 | + Email/Text: mediamanagers@clientservices.com | Jul 22 2021 23:08:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 14581213 | + Email/Text: clientservices@credit-control.com | Jul 22 2021 23:08:00 | Credit Control, LLC, 5757 Phantom Drive, Suite #330, Hazelwood, MO 63042-2429 |
| 14581214 | Email/Text: electronicbkydocs@nelnet.net | Jul 22 2021 23:08:00 | Department Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14581220 | Email/Text: reports@halstedfinancial.com | Jul 22 2021 23:08:00 | Halsted Financial Services, PO Box 828, Skokie, IL 60076-0828 |
| 14581221 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2021 23:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14581222 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 22 2021 23:24:03 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 14586618 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 22 2021 23:08:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14581223 | Email/Text: PBNCNotifications@peritusservices.com | Jul 22 2021 23:08:00 | Kohls Department Store, N56 Ridgewood Dr, Menomonee Falls, WI 53051 |
| 14598150 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2021 23:24:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14581225 | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2021 23:23:58 | Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14581227 | Email/Text: bknotices@mbandw.com | Jul 22 2021 23:08:00 | McCarthy, Burgess and Wolf, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 14585261 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2021 23:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14581230 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2021 23:08:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14581233 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2021 23:08:00 | PNC Bank, N.A., 2730 Liberty Ave., Pittsburgh, PA 15222-0000 |
| 14589793 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2021 23:08:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14583451 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

District/off: 0313-4 | User: admin | Page 3 of 4
Date Rcvd: Jul 22, 2021 | Form ID: 155 | Total Noticed: 71

| | | | | |
|---|---|---|---|---|
| | | | Jul 22 2021 23:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14596225 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2021 23:08:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14587042 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2021 23:08:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14581235 | | Email/Text: chudock@caclv.org | Jul 22 2021 23:08:00 | Rising Tide Community Loans, 1337 E 5th St, Bethlehem, PA 18015-2103 |
| 14581239 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 22 2021 23:08:00 | Transworld Systems, Inc., 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 14584761 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 22 2021 23:08:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 14583602 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 22 2021 23:08:00 | Cardmember Service, PO Box 790408, Saint Louis, MO 63179-0408 |
| 14581216 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 22 2021 23:08:00 | Elan Financial, PO Box 790084, Saint Louis, MO 63179-0084 |
| 14587722 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 22 2021 23:08:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14581241 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 22 2021 23:08:00 | US Bank, 4325 17th Ave S, Fargo, ND 58125-6200 |
| 14581240 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 22 2021 23:08:00 | US Bank, PO Box 790084, St. Louis, MO 63179-0084 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:

**Name**          **Email Address**
ANDREW L. SPIVACK
                  on behalf of Creditor U.S. Bank National Association  As Trustee Et Al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JILL MANUEL-COUGHLIN

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 22, 2021 | Form ID: 155 | Total Noticed: 71 |

    on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

**JONATHAN WILKES CHATHAM**
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

**KEVIN K. KERCHER**
    on behalf of Joint Debtor Duane F. Ruff kevinkk@kercherlaw.com  kevin@kercherlaw.com

**KEVIN K. KERCHER**
    on behalf of Debtor Ann Krueger-Ruff kevinkk@kercherlaw.com  kevin@kercherlaw.com

**REBECCA ANN SOLARZ**
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007- HSBC1 bkgroup@kmllawgroup.com

**SARAH K. MCCAFFERY**
    on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

**SCOTT F. WATERMAN** (Chapter 13)
    ECFMail@ReadingCh13.com

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ann Krueger−Ruff and Duane F. Ruff
      Debtor(s)                                       Chapter: 13
                                                           Bankruptcy No: 21−10287−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this July 22, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                          Patricia M. Mayer
                                                          Judge ,
                                                          United States Bankruptcy Court