**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:                          :
                                :
    ANN KRUEGER-RUFF and         :   CHAPTER 13
    DUANE F. RUFF,               :
                                :
            Debtors              :   BKRTCY. NO. 21-10287 pmm
```

### ORDER (REVISED) AUTHORIZING DEBTOR ANN KRUEGER-RUFF TO SELL REAL ESTATE AND AUTHORIZING PAYMENT OF REAL ESTATE COMMISSIONS ASSOCIATED WITH SALE

AND NOW, upon consideration of the Debtors' Motion to Sell Real Property pursuant to Section 363 (hereinafter "the Motion"), and for Approval of Commissions Associated With Sale,

AND after representations made by Debtor's counsel that an agreement regarding the exact amount of fees due to Summit Mews, an HOA relating to the property to be sold, has been reached, and the amount being $3,825, it is hereby:

**ORDERED** AND **DECREED**, that the Debtors' Motion to Sell Property upon the terms set forth therein which are incorporated by reference is **APPROVED** AND **GRANTED;** and

THE COURT FINDS that the proposed purchase price is fair and reasonable under the circumstances, and that such sale is proposed in good faith, and in accordance with those standards as are set forth in *In re Abbotts Dairies, Inc.*; and

IT IS FURTHER **ORDERED** that Debtor Ann Krueger-Ruff is authorized to sell her real property known as 700 Farmington Avenue, #57, Pottstown, PA, to Kimberly Lyday and Patricia Carey for the sum of $165,000, pursuant to the terms of a certain Agreement of Sale attached to the Motion to Sell.  All valid, perfected, allowed secured

claims and/or liens shall attach to the proceeds of sale and shall be paid at closing as shall normal and customary closing costs and unpaid current real estate taxes, along with those other charges as are contained in the Motion, which is incorporated herein.

Debtor and the closing agent are authorized and directed to pay the proceeds of the sale (after payment of closing costs, current real estate tax pro-rations and the realtor's commissions) to Deutsche Bank in full satisfaction of its lien against the Debtor's real estate.

Debtor and the closing agent are authorized to pay over to Summit Mews Condominium Association the sum of $3,825.00 in full payment of condo/HOA fees due to Summit.

IT IS FURTHER **ORDERED** that real estate commissions associated with this sale and totaling $8,250.00 be and hereby are **APPROVED** and authorized to be paid at closing.

IT IS FURTHER ORDERED that the closing agent is authorized and directed to pay the balance after payment of all lien charges and closing costs to Debtor Ann Krueger-Ruff in satisfaction of her exemption claim, UP TO the amount of $10,000.

Debtor shall forward a true copy of the HUD-1 Settlement Sheet from the closing on this sale to the Chapter 13 Trustee within ten (10) days of the date of closing.

**BY THE COURT:**

_____
**PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE**