## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ANN KRUEGER-RUFF and | : | CHAPTER 13 |
| DUANE F. RUFF, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 21-10287 pmm |
| | : | |
| | : | HEARING DATE: 9/2/2021 |
| | : | TIME: 11:00 A.M. |

**REQUEST TO WITHDRAW DEBTORS' MOTION TO SELL PROPERTY PURSUANT TO 11 U.S.C. §§ 363(b) AND 363(f) AND N.B.R. 6004© AND 9014 AND FOR APPROVAL OF REAL ESTATE COMMISSIONS ASSOCIATED WITH SALE**

TO THE CLERK:

Kindly mark the Motion to Sell Property and for Approval of Real Estate Commisssions Associated with Sale 'WITHDRAWN'.

Respectfully submitted,

**LAW OFFICES OF KEVIN K. KERCHER, P.C.**

Dated: 8/27/2021

/s/ Kevin K. Kercher
Kevin K. Kercher, Esquire
The Fullerton Building
881 Third St., Suite C-2
Whitehall, PA 18052
610-264-4120 phone
610-264-2990 fax
**Attorney for Debtors**