**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ANN KRUEGER-RUFF and | : | CHAPTER 13 |
| DUANE F. RUFF, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 21-10287 pmm |

**NOTICE OF FILING MOTION TO SELL REAL PROPERTY**
**AND FOR APPROVAL OF REAL ESTATE COMMISSIONS ASSOCIATED WITH SALE**

To the Debtors, Chapter 13 Trustee, U.S. Trustee and parties in interest, NOTICE is given that:

1. On or about September 9, 2021 Kevin K. Kercher, Esquire, Counsel to the Debtors, filed a Motion to Sell Real Property and to Approve Commissions Associated with the Sale. A copy of such Motion is on file in the Clerk's Office and is available for inspection during regular business hours.

2. Debtor Ann Krueger-Ruff owns the real estate. She intends to sell real estate located at 700 Farmington Avenue, #57, Pottstown, PA 19464, to third party buyer Linda Nesbitt. The proposed purchase price is $168,000. A copy of the Agreement of Sale is attached to the Motion. The proceeds are sufficient to pay off the mortgage in favor of SLS/Deustche Bank, and to pay the Summit Mews HOA fees, and closing costs and real estate commissions in full. Any balance of proceeds remaining are proposed to be paid to the Debtor Ms. Krueger-Ruff UP TO $10,000 in accordance with her amended Schedule "C" and then to the Chapter 13 Trustee for payment to unsecured creditors. Debtors believes the price to be more than fair, as it was thought to be worth only $140,000 at the beginning of the case. The Debtors are also requesting approval of real estate commissions associated with the sale based on 5% of the purchase price for a total of $8,400.

3. The sale is to be subject to certain terms and conditions, as contained in the Motion. Payment of normal and customary charges relating to closing and taxes are authorized to be paid.

4. Any creditor or party in interest may file an objection to the Motion with the Clerk, U.S. Bankruptcy Court, Suite 103, 201 Penn Street, Reading, PA 19601, and serve a copy on Counsel for the Debtors at the address listed below within twenty-one (21) days of the date set forth below.

5. A hearing, if necessary, will be held on **October 14, 2021, at 11:00 o'clock** in Courtroom No. 1 at the address listed in Paragraph 4 above. In the absence of any objection, the attorney for the Debtors will certify same to the Court and request that an Order be entered authorizing the sale.

Dated: 9/9/2021                    /s/ Kevin K. Kercher
                                   Kevin K. Kercher, Esquire
                                   881 Third Street, Suite #C-2
                                   Whitehall, PA 18052
                                   (610) 264-4120 - phone
                                   (610) 264-2990 - fax
                                   **Attorney for Debtors**