| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-10287-PMM

Ann Krueger-Ruff  
Duane F. Ruff  
5776 Keith Lane  
Emmaus  PA    18049-5047

Petition Filed Date: 02/05/2021  
341 Hearing Date: 03/16/2021  
Confirmation Date: 07/22/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $250.00 | | 06/07/2021 | $600.00 | | 07/06/2021 | $600.00 | |
| 08/04/2021 | $600.00 | | 09/07/2021 | $600.00 | | 10/05/2021 | $600.00 | |
| 11/04/2021 | $600.00 | | 12/06/2021 | $600.00 | | 01/04/2022 | $600.00 | |
| 02/04/2022 | $600.00 | | 03/07/2022 | $600.00 | | 04/04/2022 | $600.00 | |
| 05/05/2022 | $600.00 | | 06/07/2022 | $600.00 | | 07/06/2022 | $600.00 | |

**Total Receipts for the Period:  $8,650.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,150.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | BERKHEIMER TAX ADMINISTRATOR<br>»» 015 | Priority Crediors | $159.00 | $40.44 | $118.56 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 016 | Unsecured Creditors | $1,697.67 | $0.00 | $1,697.67 |
| 3 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $644.00 | $0.00 | $644.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $5,319.39 | $1,809.10 | $3,510.29 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $86.19 | $0.00 | $86.19 |
| 6 | ALLIANT CREDIT UNION<br>»» 018 | Unsecured Creditors | $1,359.76 | $0.00 | $1,359.76 |
| 7 | CAVALRY SPV I LLC<br>»» 019 | Unsecured Creditors | $1,518.59 | $0.00 | $1,518.59 |
| 8 | BANK OF AMERICA  N.A.<br>»» 020 | Mortgage Arrears | $4,213.03 | $0.00 | $4,213.03 |
| 9 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,067.11 | $0.00 | $1,067.11 |
| 10 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $1,591.06 | $0.00 | $1,591.06 |
| 11 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $7,393.03 | $2,514.34 | $4,878.69 |
| 12 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | US DEPARTMENT OF EDUCATION<br>»» 004 | Unsecured Creditors | $109,044.19 | $0.00 | $109,044.19 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $6,624.09 | $0.00 | $6,624.09 |

**Chapter 13 Case No. 21-10287-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 007 | Unsecured Creditors | $3,737.14 | $0.00 | $3,737.14 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $90.00 | $0.00 | $90.00 |
| 17 | US BANK NA<br>»» 009 | Unsecured Creditors | $7,101.12 | $0.00 | $7,101.12 |
| 18 | US BANK NA<br>»» 010 | Unsecured Creditors | $1,962.42 | $0.00 | $1,962.42 |
| 19 | CHASE BANK USA NA<br>»» 011 | Unsecured Creditors | $11,356.78 | $0.00 | $11,356.78 |
| 20 | BRICKHOUSE OPCO I LLC<br>»» 012 | Unsecured Creditors | $368.35 | $0.00 | $368.35 |
| 21 | PNC BANK<br>»» 013 | Unsecured Creditors | $5,694.46 | $0.00 | $5,694.46 |
| 22 | PHH MORTGAGE CORPORATION<br>»» 014 | Mortgage Arrears | $387.64 | $0.00 | $387.64 |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $9,150.00 | | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $8,363.88 | | Arrearages: | $0.00 |
| Paid to Trustee: | $772.48 | | Total Plan Base: | $34,950.00 |
| Funds on Hand: | $13.64 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.