**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ann Krueger                                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-10287 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Citigroup Mortgage Loan Trust 2022-A and index same on the master mailing list.

    Respectfully submitted,

/s/ **Brian C. Nicholas, Esq.**
Brian Nicholas
13 Oct 2022, 08:15:30, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 9d15d27b502084b14b18ee23a5c2ad2ef94b775fccabdb7f2872ed3d94475523