```
                UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                           :
                                 :
   ANN KRUEGER-RUFF and      :    CHAPTER 13
   DUANE F. RUFF,            :
                                 :
       Debtors             :    BKRTCY. NO. 21-10287 pmm

### ORDER ON DEBTORS' MOTION TO MODIFY PLAN POST-CONFIRMATION

AND NOW, upon consideration of the Motion of Debtors to Modify Plan Post-Confirmation,

After review with the Chapter 13 Trustee, and having made certain changes suggested by the Trustee, Counsel having filed a modified Fourth Amended Chapter 13 Plan, and having certified that no other response or objection has been filed after service, and

IT IS **ORDERED** that the Motion is **GRANTED,** and it is

FURTHER **ORDERED** that Debtors' FOURTH Amended Chapter 13 Plan (Post-Confirmation) as docketed as **Document 79** is approved, and same be and hereby is made the confirmed Chapter 13 Plan as proposed by the Debtors.

                                  **BY THE COURT:**

                                  _____
                                  **PATRICIA M. MAYER**
                                  **UNITED STATES BANKRUPTCY JUDGE**