| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Reading) | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Ann Krueger-Ruff<br>Duane F. Ruff | Case Number:<br><br>4:2021-bk-10287 | |
| Name of Creditor:<br><br>PHH Mortgage | | |
| Name of Current Servicer of account:<br><br>PHH Mortgage Services | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>1 Mortgage Way<br>Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>PHH Mortgage Services<br>PO Box 24781<br>ATTN: SV 19<br>West Palm Beach, FL 33416<br><br>Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| **1.   Account Number:  8735** | | _ Check this box if the account number has changed. |
| **2.   Court Claim Number:  14** | | |
| **3.   Signature:**<br><br>**Check the appropriate box.**<br>    I am the creditor.<br>  X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>    I am the trustee, or the debtor.<br>    I am a guarantor, surety, endorser, or other codebtor.<br><br>By:   /s/ John Shelley                              Date:  02/18/2023<br>        Authorized Filing Agent for PHH Mortgage Services | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

IN RE:                                    CASE NO.:    21-10287

**Ann Krueger-Ruff**                      CHAPTER:    13

**Duane F. Ruff**

        Debtor(s).

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                    *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                    Ann Krueger-Ruff
                                    5776 Keith Lane
                                    Emmaus, PA 18049-5047


                                    *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                    Duane F. Ruff
                                    5776 Keith Lane
                                    Emmaus, PA 18049-5047


*Debtor's Attorney:*          *By CM / ECF Filing:*

                                    KEVIN K. KERCHER
                                    Law Office of Kevin K. Kercher, Esq, PC
                                    881 Third Street
                                    Suite C-2
                                    Whitehall, PA 18052


*Trustee:*                    *By CM / ECF Filing:*

*Trustee:*     SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)