**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ANN KRUEGER-RUFF and | : | CHAPTER 13 |
| DUANE F. RUFF, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 21-10287 pmm |

**ORDER ON DEBTORS' MOTION TO MODIFY PLAN POST-CONFIRMATION**

AND NOW, upon consideration of the Motion of Debtors to Modify Plan Post-Confirmation (Document #77),

Counsel having certified that no response or objection has been filed after service, and

IT IS **ORDERED** that:

1. The Motion is **GRANTED;** and

2. The Modified Plan (Document #76) is **APPROVED.**

                                      **BY THE COURT:**

                                      **PATRICIA M. MAYER**
                                      **UNITED STATES BANKRUPTCY JUDGE**