United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-10287-pmm
Ann Krueger-Ruff     Chapter 13
Duane F. Ruff

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 5
Date Rcvd: Feb 23, 2023     Form ID: pdf900     Total Noticed: 80

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ann Krueger-Ruff, 5776 Keith Lane, Emmaus, PA 18049-5047 |
| jdb | | Duane F. Ruff, 5776 Keith Lane, Emmaus, PA 18049-5047 |
| 14581202 | | Anesthesia Specialist PC, PO Box 500, Souderton, PA 18964-0500 |
| 14582514 | + | BANK OF AMERICA, N.A., c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053 Telephone 19053-6980 |
| 14581203 | | Banc of America Merchant Services, PO Box 15095, Wilmington, DE 19850-5095 |
| 14581205 | | Berkheimer Tax Administrator, P.O. Box 25144, Lehigh Valley, PA 18002-5144 |
| 14593341 | + | Berkheimer, Agent for Upper Milford twp/East Penn, Berkheimer, Agt for Upper Milford twp/Ea, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14581210 | | Cardionet LLC, PO Box 508, Downingtown, PA 19335-0508 |
| 14733420 | + | Citigroup Mortgage Loan Trust 2022-A, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14729118 | + | Citigroup Mortgage Loan Trust 2022-A, c/o BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14583604 | | ConServe, PO Box 3023, Niagara Falls, NY 14304-7323 |
| 14581215 | + | Discover Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 14581218 | | Flagship Credit Acceptance, PO Box 975658, Dallas, TX 75397-5658 |
| 14630906 | + | Law Office of Kevin K. Kercher, 881 Third St., Ste. C-2, Whitehall, PA 18052-5930 |
| 14581224 | + | Lehigh Valley Health Network, 1200 South Cedar Crest Blvd., Allentown, PA 18103-6202 |
| 14581226 | | Ltd Financial Services, L.P., 3200 Wilcrest Dr Ste 600, Houston, TX 77042-6000 |
| 14581229 | | Northeastern Anasthesia Physicians PC, 24 S 18th St, Allentown, PA 18104-5622 |
| 14584675 | + | PHH Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14581231 | # | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |
| 14581234 | | Progressive Physicians Assoc., Inc., P.O. Box 4338, Columbus, GA 31914-0338 |
| 14583606 | | Rushmore service center, PO Box 5507, Sioux Falls, SD 57117-5507 |
| 14581237 | + | ST. Luke's Hospital, 801 Ostrum St., Bethlehem, PA 18015-1065 |
| 14581238 | + | St. Luke's University Health Network, 801 Ostrum St., Bethlehem, PA 18015-1000 |
| 14583607 | | Swift Finical LLC, 3505 Silverside Rd, Wilmington, DE 19810-4905 |
| 14584776 | + | U.S. Bank National Association, c/o Andrew Spivack, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | | |
| | | | Feb 24 2023 00:05:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | | Feb 24 2023 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Feb 24 2023 00:05:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

Case 21-10287-pmm    Doc 86    Filed 02/25/23    Entered 02/26/23 00:33:31    Desc Imaged
                              Certificate of Notice    Page 2 of 6

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 5 |
| Date Rcvd: Feb 23, 2023 | Form ID: pdf900 | Total Noticed: 80 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 24 2023 00:05:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 24 2023 00:06:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14581200 | | Email/Text: bankruptcy@alliantcreditunion.com | Feb 24 2023 00:05:00 | Alliant Credit Union, 11545 W Touhy Ave, Chicago, IL 60666-5000 |
| 14581201 | | Email/Text: bnc@alltran.com | Feb 24 2023 00:05:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 14581204 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 24 2023 00:05:00 | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14600033 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 24 2023 00:05:00 | Bank of America, NA, PO Box 31785, Tampa FL, 33631-3785 |
| 14589176 | + | Email/Text: alexis@multisourcellc.com | Feb 24 2023 00:05:00 | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 14581208 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2023 00:13:02 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14581209 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2023 00:13:02 | Capital One Bank (USA), N.A., 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14581207 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2023 00:13:02 | Capital One, P.O. Box 30253 Boscov's, Salt Lake City, UT 84130-0253 |
| 14581206 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2023 00:13:02 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14581211 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2023 00:05:00 | Cavalry Portfolio Service, Llc, 500 Summit Lake Drive, Suite #400, Wells Fargo, Valhalla, NY 10595-2321 |
| 14599076 | + | Email/Text: bnc@bass-associates.com | Feb 24 2023 00:05:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083 |
| 14582008 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2023 00:05:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14581212 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 00:13:06 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14729041 | ^ | MEBN | Feb 24 2023 00:00:20 | Citigroup Mortgage Loan Trust 2022-A, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14583603 | + | Email/Text: mediamanagers@clientservices.com | Feb 24 2023 00:05:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 14581213 | + | Email/Text: clientservices@credit-control.com | Feb 24 2023 00:05:00 | Credit Control, LLC, 5757 Phantom Drive, Suite #330, Hazelwood, MO 63042-2429 |
| 14581214 | | Email/Text: electronicbkydocs@nelnet.net | Feb 24 2023 00:05:00 | Department Of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14584159 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 24 2023 00:05:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14585664 | ^ | MEBN | Feb 24 2023 00:00:20 | Deutsche Bank National Trust Company, as Trustee f, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14581219 | ^ | MEBN | Feb 24 2023 00:00:06 | FSB Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 14583605 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 24 2023 00:05:00 | Fifth Third Bank, 5050 Kingsley Dr., Cincinnati, OH 45227-1115 |
| 14581217 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

Case 21-10287-pmm    Doc 86    Filed 02/25/23    Entered 02/26/23 00:33:31    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-4 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: pdf900 | Total Noticed: 80 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 24 2023 00:12:53 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14581220 | | Email/Text: reports@halstedfinancial.com | Feb 24 2023 00:05:00 | Halsted Financial Services, PO Box 828, Skokie, IL 60076-0828 |
| 14581221 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2023 00:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14581222 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2023 00:12:53 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 14588572 | + | Email/Text: RASEBN@raslg.com | Feb 24 2023 00:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14586618 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2023 00:05:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14581223 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2023 00:05:00 | Kohls Department Store, N56 Ridgewood Dr, Menomonee Falls, WI 53051 |
| 14598150 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2023 00:12:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14581225 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 00:12:44 | Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14581227 | | Email/Text: bknotices@mbandw.com | Feb 24 2023 00:05:00 | McCarthy, Burgess and Wolf, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 14585261 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2023 00:05:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14581228 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Feb 24 2023 00:05:00 | National Enterprise System, 2479 Edison Blvd Unit A, Twinsburg, OH 44087-2476 |
| 14581230 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2023 00:05:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14584676 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 24 2023 00:05:00 | PHH Mortgage Corporation, attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14581232 | | Email/Text: BKEBN-Notifications@ocwen.com | Feb 24 2023 00:05:00 | PHH Mortgage Services, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 14581233 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2023 00:05:00 | PNC Bank, N.A., 2730 Liberty Ave., Pittsburgh, PA 15222-0000 |
| 14589793 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2023 00:05:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14583451 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2023 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14596225 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2023 00:05:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14587042 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2023 00:05:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14581235 | | Email/Text: chudock@caclv.org | Feb 24 2023 00:05:00 | Rising Tide Community Loans, 1337 E 5th St, Bethlehem, PA 18015-2103 |
| 14581236 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 24 2023 00:05:00 | Specialized Loan Servicing, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 14581239 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 24 2023 00:05:00 | Transworld Systems, Inc., 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 14584761 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 24 2023 00:05:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |

| | | | | |
|---|---|---|---|---|
| 14583602 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 24 2023 00:05:00 | Cardmember Service, PO Box 790408, Saint Louis, MO 63179-0408 |
| 14581216 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 24 2023 00:05:00 | Elan Financial, PO Box 790084, Saint Louis, MO 63179-0084 |
| 14587722 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 24 2023 00:05:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14581241 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 24 2023 00:05:00 | US Bank, 4325 17th Ave S, Fargo, ND 58125-6200 |
| 14581240 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 24 2023 00:05:00 | US Bank, PO Box 790084, St. Louis, MO 63179-0084 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14590854 | * | PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association As Trustee Et Al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007- HSBC1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KEVIN K. KERCHER | on behalf of Joint Debtor Duane F. Ruff kevinkk@kercherlaw.com kevin@kercherlaw.com |
| KEVIN K. KERCHER | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 5 of 5 |
| Date Rcvd: Feb 23, 2023 | Form ID: pdf900 | Total Noticed: 80 |

on behalf of Debtor Ann Krueger-Ruff kevinkk@kercherlaw.com  kevin@kercherlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ANN KRUEGER-RUFF and | : | CHAPTER 13 |
| DUANE F. RUFF, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 21-10287 pmm |

**ORDER ON DEBTORS' MOTION TO MODIFY PLAN POST-CONFIRMATION**

AND NOW, upon consideration of the Motion of Debtors to Modify Plan Post-Confirmation (Document #77),

Counsel having certified that no response or objection has been filed after service, and

IT IS **ORDERED** that:

1. The Motion is **GRANTED**; and

2. The Modified Plan (Document #79) is **APPROVED**.

BY THE COURT:

Dated: 2/23/23

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**

1