**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **ANN KRUEGER-RUFF and** | : | **CHAPTER 13** |
| **DUANE F. RUFF,** | : | |
| | : | |
| **Debtors** | : | **BKRTCY. NO. 21-10287 pmm** |

### NOTICE OF FILING OF MOTION TO APPROVE COMPROMISE OF PERSONAL INJURY CLAIM IN ACCORDANCE WITH F.R.B.P. 9019 AND 2002(a)(3) AND FOR APPROVAL OF FEES OF PERSONAL INJURY COUNSEL ASSOCIATED WITH SETTLEMENT OF CLAIM

**To the Debtors, U.S. Trustee, all Creditors and parties in interest, NOTICE is given that:**

1. On or about January 5, 2024, Kevin K. Kercher, Esquire, counsel for the Debtors, filed a Motion to Approve Compromise and Settlement of Claim Between Debtor Ann Krueger-Ruff and AUT Buyer, Inc. and Lynda Petersen, and for approval of the fees of Personal Injury Counsel associated with his work in obtaining the settlement. A copy of the Motion is on file in the Clerk's Office and is available for inspection during regular business hours. A copy will also be provided upon request from counsel for Debtors.

2. The Motion recites that: (1) the settlement of the personal injury claim should be approved at a total of $90,000.00, subject to reduction for counsel fees and costs and the payment of Debtor's claim of exemption in the amount of $27,900. Counsel fees are sought pursuant to a contingent fee agreement in the amount of $29,520.19 and costs as well of $1,350.77, payable to Sobo & Sobo, LLC. The balance of $31,229.04 is to be paid over to Chapter 13 Trustee Scott Waterman for benefit of Debtors' creditors.

3. Debtors believe the settlement to be fair and reasonable under the circumstances, in that Debtor Ann Krueger-Ruff has reached a plateau in treatment and recovered from her initial injuries.

4. Any creditor or party in interest may file an objection to the proposed settlement with the Clerk, U.S. Bankruptcy Court, The Gateway, Suite 103, 201 Penn, Reading, PA 19601, and file a copy on the attorney for the Trustee at the address listed below within twenty-one (21) days of the date set forth below. A hearing has been set for **Thursday, February 1, 2024** at **11:00 a.m.** to consider the Motion of the Trustee at The Gateway, 4th Floor Courtroom, at the address set forth above.

5. In the absence of any objection, the attorney for the Debtors will certify same to the Court and request that an Order be entered authorizing the consummation of the settlement.

Dated: 1/5/2024
**Counsel for Debtors:**
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2          By /s/ Kevin K. Kercher
Whitehall, PA 18052                    Kevin K. Kercher, Esquire
(610) 264-4120 - phone
(610) 264-2990 - fax