```
                  UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

  IN RE:                           :
                                   :
     ANN KRUEGER-RUFF and           :    CHAPTER 13
     DUANE F. RUFF,                 :
                                   :
           Debtors                 :    BKRTCY. NO. 21-10287 pmm
```

**REVISED ORDER APPROVING COMPROMISE AND SETTLEMENT
OF PERSONAL INJURY CLAIM BY AND BETWEEN DEBTOR
AND AUT BUYER INC. AND LYNDA PETERSEN AND APPROVAL OF
COUNSEL FEES AND COSTS ASSOCIATED WITH SETTLEMENT**

AND NOW, upon consideration of the Motion of the Debtor Ann Krueger-Ruff to Approve Compromise and Settlement of Personal Injury Claim and for Approval of Counsel Fees Associated with the claim and settlement ("the Motion"),

IT IS HEREBY **ORDERED** AND **DECREED**, that the Motion is **GRANTED**; and it is

FURTHER **DETERMINED** that the proposed settlement is fair and equitable under the circumstances, and is in the best interest of the Debtors' Estate and Debtors' creditors, and it is

**ORDERED** that the Settlement be and hereby is **APPROVED** upon the terms contained in the Motion, and the Debtors and the settling parties are authorized and directed to comply with such terms, more specifically: the Settlement is approved at $90,000.00; that Debtor is entitled to receive her claim of exemption totaling $27,900, to be paid directly to her from the net proceeds, and that the net balance of $31,229.04 less an ERISA medical lien in the amount of $3,594.46, for a total of $27,634.58, which is not

subject to exemption nor reduced by costs and fees is to be paid over to Scott Waterman, Esquire, Chapter 13 Trustee; and it is

**FURTHER ORDERED** that counsel fees of Oliver Barth and Sobo & Sobo, LLC are APPROVED at 33-1/3% of the settlement proceeds (net of costs) in the amount of $29,520.19, and costs incurred by the law firm are APPROVED in the amount of $1,350.77.  Sobo & Sobo is authorized and directed to disburse funds in accordance with this Order.

**Date: February 1, 2024**

**BY THE COURT:**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**