United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10287-pmm |
| Ann Krueger-Ruff | Chapter 13 |
| Duane F. Ruff | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 01, 2024 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Ann Krueger-Ruff, Duane F. Ruff, 5776 Keith Lane, Emmaus, PA 18049-5047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 02 2024 00:25:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 02 2024 00:26:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 02 2024 00:26:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 03, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association  As Trustee Et Al andrew.spivack@brockandscott.com, |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 01, 2024 | Form ID: pdf900 | Total Noticed: 4 |

wbecf@brockandscott.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KEVIN K. KERCHER
    on behalf of Debtor Ann Krueger-Ruff kevinkk@kercherlaw.com  kevin@kercherlaw.com

KEVIN K. KERCHER
    on behalf of Joint Debtor Duane F. Ruff kevinkk@kercherlaw.com  kevin@kercherlaw.com

MARK A. CRONIN
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007- HSBC1 bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                          :
                                :
    ANN KRUEGER-RUFF and         :     CHAPTER 13
    DUANE F. RUFF,               :
                                :
            Debtors              :     BKRTCY. NO. 21-10287 pmm
```

### REVISED ORDER APPROVING COMPROMISE AND SETTLEMENT OF PERSONAL INJURY CLAIM BY AND BETWEEN DEBTOR AND AUT BUYER INC. AND LYNDA PETERSEN AND APPROVAL OF COUNSEL FEES AND COSTS ASSOCIATED WITH SETTLEMENT

AND NOW, upon consideration of the Motion of the Debtor Ann Krueger-Ruff to Approve Compromise and Settlement of Personal Injury Claim and for Approval of Counsel Fees Associated with the claim and settlement ("the Motion"),

IT IS HEREBY **ORDERED** AND **DECREED**, that the Motion is **GRANTED**; and it is

FURTHER **DETERMINED** that the proposed settlement is fair and equitable under the circumstances, and is in the best interest of the Debtors' Estate and Debtors' creditors, and it is

**ORDERED** that the Settlement be and hereby is **APPROVED** upon the terms contained in the Motion, and the Debtors and the settling parties are authorized and directed to comply with such terms, more specifically: the Settlement is approved at $90,000.00; that Debtor is entitled to receive her claim of exemption totaling $27,900, to be paid directly to her from the net proceeds, and that the net balance of $31,229.04 less an ERISA medical lien in the amount of $3,594.46, for a total of $27,634.58, which is not

subject to exemption nor reduced by costs and fees is to be paid over to Scott Waterman, Esquire, Chapter 13 Trustee; and it is

**FURTHER ORDERED** that counsel fees of Oliver Barth and Sobo & Sobo, LLC are APPROVED at 33-1/3% of the settlement proceeds (net of costs) in the amount of $29,520.19, and costs incurred by the law firm are APPROVED in the amount of $1,350.77.  Sobo & Sobo is authorized and directed to disburse funds in accordance with this Order.

**Date: February 1, 2024**

BY THE COURT:

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**

M:\ALLWP51\BK-13-21\RUFF\SETTLE.PI.CASE\COMPROMISE.ORD.AMENDED.wpd