UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ANN KRUEGER-RUFF and | : | CHAPTER 13 |
| DUANE F. RUFF, | : | |
| Debtors | : | BKRTCY. NO. 21-10287 pmm |

**ORDER ON DEBTORS' MOTION TO MODIFY PLAN POST-CONFIRMATION**

AND NOW, upon consideration of the Motion of Debtors to Modify Plan Post-Confirmation (Document #99),

Counsel having certified that no response or objection has been filed after service, and

IT IS **ORDERED** that:

1. The Motion is **GRANTED;** and
2. The Modified Plan (Document #98) is **APPROVED.**

BY THE COURT:

Dated: 7/18/24

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**