United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10287-pmm |
| Ann Krueger-Ruff | Chapter 13 |
| Duane F. Ruff | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Ann Krueger-Ruff, Duane F. Ruff, 5776 Keith Lane, Emmaus, PA 18049-5047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2024 23:59:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 18 2024 23:59:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 19 2024 00:00:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association As Trustee Et Al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 4 |

DENISE ELIZABETH CARLON
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007- HSBC1 bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A bkgroup@kmllawgroup.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KEVIN K. KERCHER
    on behalf of Debtor Ann Krueger-Ruff kevinkk@kercherlaw.com  kevin@kercherlaw.com

KEVIN K. KERCHER
    on behalf of Joint Debtor Duane F. Ruff kevinkk@kercherlaw.com  kevin@kercherlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ANN KRUEGER-RUFF and | : | CHAPTER 13 |
| DUANE F. RUFF, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 21-10287 pmm |

**ORDER ON DEBTORS' MOTION TO MODIFY PLAN POST-CONFIRMATION**

AND NOW, upon consideration of the Motion of Debtors to Modify Plan Post-Confirmation (Document #99),

Counsel having certified that no response or objection has been filed after service, and

IT IS **ORDERED** that:

1. The Motion is **GRANTED**; and

2. The Modified Plan (Document #98) is **APPROVED**.

BY THE COURT:

Dated: 7/18/24

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**

1