| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 21-10287-PMM**

Ann Krueger-Ruff  
Duane F. Ruff  
5776 Keith Lane  
Emmaus  PA  18049-5047

Petition Filed Date: 02/05/2021  
341 Hearing Date: 03/16/2021  
Confirmation Date: 07/22/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $600.00 | | 09/05/2024 | $600.00 | | 10/07/2024 | $600.00 | |
| 11/04/2024 | $600.00 | | 12/06/2024 | $600.00 | | 01/07/2025 | $600.00 | |
| 02/05/2025 | $600.00 | | 03/07/2025 | $600.00 | | 04/07/2025 | $600.00 | |
| 05/05/2025 | $600.00 | | 06/04/2025 | $600.00 | | 07/08/2025 | $600.00 | |

**Total Receipts for the Period:  $7,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $58,984.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BERKHEIMER TAX ADMINISTRATOR<br>»» 015 | Priority Crediors | $159.00 | $159.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 016 | Unsecured Creditors | $1,697.67 | $241.92 | $1,455.75 |
| 3 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $644.00 | $91.77 | $552.23 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $14,701.17 | $14,701.17 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $86.19 | $0.00 | $86.19 |
| 6 | ALLIANT CREDIT UNION<br>»» 018 | Unsecured Creditors | $1,359.76 | $193.77 | $1,165.99 |
| 7 | CAVALRY SPV I LLC<br>»» 019 | Unsecured Creditors | $1,518.59 | $216.40 | $1,302.19 |
| 8 | SELECT PORTFOLIO SERVICING INC<br>»» 020 | Mortgage Arrears | $4,213.03 | $4,213.03 | $0.00 |
| 9 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,067.11 | $152.07 | $915.04 |
| 10 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $1,591.06 | $226.73 | $1,364.33 |
| 11 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $7,393.03 | $7,393.03 | $0.00 |
| 12 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | US DEPARTMENT OF EDUCATION<br>»» 004 | Unsecured Creditors | $109,044.19 | $16,063.02 | $92,981.17 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $6,624.09 | $975.79 | $5,648.30 |
| 15 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 007 | Unsecured Creditors | $3,737.14 | $550.52 | $3,186.62 |

**Chapter 13 Case No. 21-10287-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $90.00 | $0.00 | $90.00 |
| 17 | US BANK NA »» 009 | Unsecured Creditors | $7,101.12 | $1,046.06 | $6,055.06 |
| 18 | US BANK NA »» 010 | Unsecured Creditors | $1,962.42 | $279.65 | $1,682.77 |
| 19 | CHASE BANK USA NA »» 011 | Unsecured Creditors | $11,356.78 | $1,672.95 | $9,683.83 |
| 20 | BRICKHOUSE OPCO I LLC »» 012 | Unsecured Creditors | $368.35 | $52.49 | $315.86 |
| 21 | PNC BANK »» 013 | Unsecured Creditors | $5,694.46 | $838.84 | $4,855.62 |
| 22 | PHH MORTGAGE SERVICES »» 014 | Mortgage Arrears | $387.64 | $387.64 | $0.00 |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 23 | FLAGSHIP CREDIT ACCEPTANCE | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | RISING TIDE COMMUNITY LOANS | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | BANK OF AMERICA MERCHANT SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | CARDIONET LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | CARDMEMBER SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | ALLIANT CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | DISCOVER LOANS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | FSB BLAZE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | HALSTED FINANCIAL SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | JPMCB CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | LEHIGH VALLEY HEALTH NETWORK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | LOWES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | LTD FINANCIAL SERVICES LP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | MCCARTHY BURGESS AND WOLF | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | NORTHEASTERN ANASTHESIA PHYSICIANS PC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | PEERLESS CREDIT SERVICES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | PROGRESSIVE PHYSICIANS ASSOC INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 42 | RUSHMORE SERVICE CENTER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | ST LUKES HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 44 | SWIFT FINANCIAL LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 45 | TRANSWORLD SYSTEMS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 46 | US BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-10287-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $58,984.58 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $53,455.85 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,452.91 | Total Plan Base: | $62,584.58 |
| Funds on Hand: | $75.82 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.