Certificate Number: 15317-PAE-DE-040328893

Bankruptcy Case Number: 21-10287



15317-PAE-DE-040328893

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 19, 2025, at 7:23 o'clock AM PST, Ann Kruegerruff completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 19, 2025

By:  /s/Christel Raz

Name:  Christel Raz

Title:  Counselor