Certificate Number: 15317-PAE-DE-040328894

Bankruptcy Case Number: 21-10287



15317-PAE-DE-040328894

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 19, 2025, at 7:23 o'clock AM PST, Duane Ruff completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 19, 2025               By:    /s/Christel Raz

                                        Name:  Christel Raz

                                        Title: Counselor