**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ANN KRUEGER-RUFF and | : | CHAPTER 13 |
| DUANE F. RUFF, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 21-10287 pmm |

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.    Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐ X    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 Plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address:           n/a
My current employer and my employer's address:


*Part III.   Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐ X    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $214,000* in value in the aggregate.

☐    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $214,000* in value in the aggregate.

1

\* Amounts are subject to adjustment on 4/01/28 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### Part IV.    Debtor's Signature

**I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.**

Executed on: 11/19/2025         /s/ Ann Kreuger-Ruff
             Date                Debtor

Executed on: 11/19/2025         /s/ Duane Ruff
             Date                Debtor