**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Ann Krueger** <br>                    **Debtor(s)** <br><br> **Citigroup Mortgage Loan Trust 2022-A** <br>                    **Movant** <br>        vs. <br><br> **Ann Krueger** <br>                    **Debtor(s)** <br><br> **Scott F. Waterman**, <br>                    **Trustee** | **BK NO. 21-10287 PMM** <br><br> **Chapter 13** <br><br> **Related to Claim No. 20** |

**CERTIFICATE OF SERVICE
NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 21, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Ann Krueger
5776 Keith Lane
Emmaus, PA 18049

<u>Attorney for Debtor(s)</u>
Kevin K. Kercher, Esq.
881 Third Street, (VIA ECF)
Suite #C-2
Whitehall, PA 18052

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>December 21, 2022</u>

**/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com
